EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,     3:18CV-00199-JHM

PLAINTIFF,

v.

DDZ, INC., d/b/a, DDZ CA, Inc., formerly known as
ZOO PRINTING, INC.,

DEFENDANT

---

# COMPLAINT AND JURY TRIAL DEMAND

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to a class of female applicants and employees who were adversely affected by such practices. As alleged with greater particularity below, the United States Equal Employment Opportunity Commission ("Commission") charges that Defendant DDZ, Inc., d/b/a, DDZ CA, Inc., formerly known as Zoo Printing, Inc., failed to hire female applicants for the entry-level position of Boxer/Packer at its Louisville, Kentucky facility between January 2013 and December 2015. Defendant's hiring practices were undertaken with the purpose and had the effect of denying female applicants employment because of their sex in

violation of Title VII. Additionally, female employees were subjected to a hostile work environment because of their sex in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of the Civil Rights Act of 1964, as amended, and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 198l(a).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Kentucky.

## PARTIES

3. The United States Equal Employment Opportunity Commission is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of the Civil Rights Act of 1964, as amended.

4. DDZ, INC., d/b/a, DDZ CA, Inc., formerly known as Zoo Printing, Inc. ("Defendant") is a California corporation.

5. Defendant conducted business in Louisville, Kentucky between at least January 1, 2013 and December 31, 2015.

6. Defendant owned and operated a commercial printing facility at 4015 Produce Lane in Louisville, Kentucky.

7. Between at least January 1, 2013 and December 31, 2015, Defendant was a corporation doing business in the State of Kentucky and continuously had at least 15 employees.

8. Between at least January 1, 2013 and December 31, 2015, Defendant was an employer engaged in an industry affecting commerce within the meaning of Section 701 (b), (g) and (h) of Title VII, 42 U.S.C. §2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

9. More than 30 days before the institution of this lawsuit, Commissioner Chai R. Feldblum filed a charge of discrimination alleging violations of Title VII by Defendant.

10. On August 4, 2017, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

11. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

12. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

13. On December 26, 2017, the Commission issued to Defendant a Notice of Failure of Conciliation.

14. All conditions precedent to the initiation of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

15. Between January 1, 2013 and December 31, 2015, Defendant engaged in unlawful employment practices at its facility in Louisville, Kentucky in violation of Title VII.

16. Defendant discriminated against female applicants because of their sex by failing to hire them for the entry-level position of Boxer/Packer.

17. Defendant discriminated against female employees by subjecting them to a hostile work environment because of their sex.

18. The effect of the practices complained of above has been to deprive a class of female applicants and employees of equal employment opportunities and otherwise adversely affect their status as applicants or employees because of sex.

19. The unlawful employment practices complained of above were intentional.

20. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of female applicants and female employees.

## PRAYER OF RELIEF

21. Therefore, the Commission respectfully requests that this Court:

    A. Grant a permanent injunction enjoining Defendant, its officers,

successors, assigns, and all persons in active concert or participation with Defendant, from engaging in employment practices that discriminate on the basis of sex.

  B. Order Defendant to make whole aggrieved female applicants, by providing backpay with prejudgment interest, in amounts to be determined at trial.

  C. Order Defendant to make whole aggrieved female applicants by providing compensation for past non-pecuniary losses resulting from the unlawful employment practices described above including, but not limited to, emotional pain, suffering, humiliation, and inconvenience in amounts to be determined at trial.

  D. Order Defendant to make whole aggrieved female employees by providing compensation for past non-pecuniary losses resulting from the unlawful employment practices described above including, but not limited to, emotional pain, suffering, humiliation, and inconvenience in amounts to be determined at trial.

  E. Order Defendant to pay aggrieved female applicants and employees punitive damages for Defendant's malicious and reckless conduct described above in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission the costs of this action.

## **JURY TRIAL DEMAND**

The Commission request a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

s/ Kenneth L. Bird
Kenneth L. Bird
Regional Attorney
Indianapolis District Office
101 W. Ohio Street, Suite 1900
Indianapolis, IN 46204

s/ Aimee L. McFerren (#89912)
Aimee L. McFerren
Senior Trial Attorney
Louisville Area Office
600 Dr. Martin Luther King, Jr. Pl., Suite 268
Louisville, KY 40202-2285
(502) 582-6308
(502) 582-5437 (facsimile)
aimee.mcferren@eeoc.gov